1  MICHAEL H. SINGER, ESQ.
   Nevada Bar No. 1589
2  **MICHAEL H. SINGER, LTD.**
   4475 South Pecos Road
3  Las Vegas, Nevada  89121
   Attorney for Defendants
4

5                UNITED STATES DISTRICT COURT

6                      DISTRICT OF NEVADA

7

8  KNOCKOUT! SPORTS NETWORK, INC. a  )  Case No.: 06-CV-00372-JCM-RL
   Nevada corporation, WILLIAM A. MORRIS )
9  and HALDANE MORRIS,                  )
                                        )
10         Plaintiff,                    )
                                        )
11     vs.                               )
                                        )
12  MATT A. ROSE, ROBERT A. FREEMAN,    )  **DEFENDANTS' REPLY TO**
    JILL COSTANTINO, FRANCISCO BOZA,    )  **PLAINTIFFS' MEMORANDUM OF**
13  CHRIS ROSE, STEPHEN MAYNARD,        )  **POINTS AND AUTHORITIES IN**
    ULTIMATE SPORTS ENTERTAINMENT,      )  **OPPOSITION TO DEFENDANTS'**
14  INC., a Nevada corporation, DOES 1-X, )  **MOTION TO DISMISS**
    INCLUSIVE, AND roe corporations I-X, )
15  INCLUSIVE,                           )
                                        )
16         Defendants.                   )

17

18         All Defendants, by and through their attorney, MICHAEL H. SINGER, ESQ. of the law

19  firm of MICHAEL H. SINGER, LTD., hereby submit their Reply to Plaintiffs' Memorandum of

20  Points and Authorities in Opposition to Defendants' Motion to Dismiss.  This Reply is made

21  and based upon the pleadings and papers on file herein together with the points and authorities

22  attached hereto.

23         Dated this 14th day of February, 2007

                                              MICHAEL H. SINGER, LTD.
24

25

26                                            BY: /s/ Michael H. Singer
                                              MICHAEL H. SINGER, ESQ.
27                                            Nevada Bar No. 1589
                                              4475 South Pecos Road
28                                            Las Vegas, NV  89121
                                              Attorney for Defendants

## POINTS AND AUTHORITIES

### I.

### ARGUMENT

### The Facts Alleged Do Not State A Claim Under Section 10(b) of the Exchange Act

Plaintiffs apparently agree that no private cause of action exists by reason of 15 U.S.C § 78o as they make no argument to the contrary. Thus, Plaintiff Knockout's (hereinafter "Plaintiff Company") First Claim for Relief must be dismissed.

As to the alleged violations of section 10(b) of the Exchange Act and Rule 10(b)-5, nowhere is it alleged the Plaintiff Company was a seller or purchaser of a security who relied upon the alleged misrepresentations contained in the Complaint.

Instead, it is argued that because Rose and Freeman were at one time officers of the Plaintiff Company when its securities were sold, their actions harmed the Plaintiffs. However, none of the acts complained of occurred while either Rose or Freeman were representatives of the Plaintiff Company, and, furthermore, none of the Plaintiffs were persons who exchanged their shares of the Plaintiff Company for shares of Defendant Ultimate. How, then, can these Plaintiffs assert a section 10 or Rule 10(b)-5 violation against these Defendants. Indeed, these Plaintiffs don't even allege how they suffered economic damage by reason of the alleged misrepresentations; all that occurred was a change in the ownership of some of the Plaintiff Company's outstanding shares.

While the Plaintiff Company may have alleged valid state law claims against some of the Defendants, no jurisdiction exists in this court to adjudicate such claims.

///
///
///
///
///
///
///
///

## II.

## **CONCLUSION**

Accordingly, these Plaintiffs second attempt to allege federal claims for relief has no more merit than their first attempt, and Defendants' Motion to Dismiss must be granted.

Dated this 14th day of February, 2007

MICHAEL H. SINGER, LTD.

BY: /s/ Michael H. Singer
MICHAEL H. SINGER, ESQ.
Nevada Bar No. 1589
4475 South Pecos Road
Las Vegas, NV 89121
Attorney for Defendants

**CERTIFICATE OF MAILING**

The undersigned does hereby certify that she is an employee in the offices of MICHAEL H. SINGER, LTD. and that on the ____ day of February, 2007, she deposited a true and correct copy of the foregoing Reply to Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss into the United States Mail, postage pre-paid and addressed to:

> Patrick C. Clary, Esq.
> Patrick C. Clary, Chartered
> 7201 West Lake Mead Blvd., Suite 503
> Las Vegas, Nevada 89128

_____
Employee of MICHAEL H. SINGER, LTD.