# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KNOCKOUT! SPORTS NETWORK, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATT A. ROSE, et al.,<br><br>Defendants. | 2:06-CV-372 JCM (LRL)<br><br>Date:     N/A<br>Time:    N/A |

# ORDER

The present action was filed on March 24, 2006. (Doc. #1.) On March 29, 2007, this court entered an order granting defendants' motion to dismiss without prejudice. Plaintiff was instructed that it could file an amended complaint if it did so before April 10, 2007. (Doc. #41.) No amended complaint was filed, and on February 5, 2008, plaintiff was notified that this action would be dismissed for want of prosecution unless action was taken by March 6, 2008. (Doc. #43.) Plaintiff has taken no further action in the case.

Accordingly,

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to this court's
2  March 29, 2007 order, plaintiff's federal claims are **dismissed with prejudice** and plaintiff's state
3  claims are **dismissed without prejudice.**

4  DATED this 16th day of March, 2009.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -